1  Carole E. Handler (State Bar No. 129381)
   chandler@lathropgage.com
2  Brianna Dahlberg (State Bar No. 280711)
   LATHROP & GAGE LLP
3  1888 Century Park East, Suite 1000
   Los Angeles, CA  90067
4  Telephone:  (310) 789-4600
   Fax:  (310) 789-4601
5
   Attorneys for Plaintiff
6  ORPHIC LLC
7  Elizabeth A. Bell (State Bar No. 205868)
   ebell@elbelaw.com
8  8335 Sunset Boulevard, Suite 221
   Los Angeles, CA 90069
9  Telephone:  (323) 306-4077
   Fax:  (323) 656-1396
10
   Attorney for Plaintiff
11 CURRADO MALASPINA
12

13                **UNITED STATES DISTRICT COURT**

14               **CENTRAL DISTRICT OF CALIFORNIA**

15                     **WESTERN DIVISION**

| | |
|---|---|
| 16 ORPHIC LLC, a California limited liability company; and CURRADO MALASPINA, an individual, | Case No. |
| 18                     Plaintiffs, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES (L.R. 7.1-1)** |
| 19          v. | |
| 20 MASSIMO NOCERINO a/k/a MAX NOCE, an individual; BRITTNEY HASTINGS, an individual; NOCE, LLC, a California limited liability company; and DOES 1-10, | |
| 23                     Defendants. | |

24
25
26
27
28

Plaintiffs Orphic, LLC ("Orphic") and Currado Malaspina ("Malaspina") submit the following Certification and Notice of Interested Parties pursuant to Local Rule 7.1-1.

The undersigned, counsel of record for Plaintiffs, certify that the following listed parties have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

### INTERESTED PARTIES

1. Plaintiff Orphic LLC
2. Plaintiff Currado Malaspina
3. Defendant Massimo Nocerino a/k/a Max Noce
4. Defendant Brittney Hastings
5. Defendant Noce, LLC


Dated:  December 10, 2014


By:  /s/ Carole E. Handler
Carole E. Handler
Attorneys for Plaintiff
ORPHIC, LLC

Dated:  December 10, 2014


By:  /s/  Elizabeth A. Bell
Elizabeth A. Bell
Attorney for Plaintiff
CURRADO MALASPINA

- 1 -
CERTIFICATION AND NOTICE OF INTERESTED PARTIES