Carole E. Handler  (SBN 129381)
chandler@eisnerlaw.com
Kathleen Cerniglia Hipps (SBN 268019)
Brianna Dahlberg  (SBN  280711)
bdahlberg@eisnerlaw.com
EISNER JAFFE
9601 Wilshire Boulevard, Suite 700
Beverly Hills, California  90210
Telephone:  (310) 855-3200
Facsimile:  (310) 855-3201

Attorneys for Plaintiff, ORPHIC LLC

Elizabeth A. Bell (State Bar No. 205868)
ebell@elbelaw.com
8335 Sunset Boulevard, Suite 221
Los Angeles, CA 90069
Telephone:  (323) 306-4077
Fax:  (323) 656-1396

Attorney for Plaintiff
CURRADO MALASPINA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ORPHIC LLC, A California limited liability company; and CURRADO MALASPINA, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>MASSIMO NOCERNIO a/k/a MAX NOCE,  an individual; BRITTNEY HASTINGS, an individual; NOCE, LLC, a California limited liability company; and DOES 1-25,<br><br>Defendants.<br><br>and related Cross-complaint. | Case No. 2:14-CV-09471-DDP (PLAx)<br><br>The Honorable Dean D. Pregerson<br><br>**DECLARATION OF CAROLE E. HANDLER IN SUPPORT OF PLAINTIFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT NOCE, LLC**<br><br>**Hearing:**<br><br>Date:     March 21, 2016<br>Time:     10:00 a.m.<br>Courtroom:  3 – 2nd Floor<br><br>Complaint Filed:  December 10, 2014<br>Trial Date:     August 9, 2016 |

# DECLARATION OF CAROLE E. HANDLER

I, Carole E. Handler, declare as follows:

1. I am a partner at Eisner Jaffe and counsel in this action for Plaintiff and Counter-defendant Orphic, LLC. I am admitted to practice law before this Court. I have personal knowledge of the facts set below and, if called as a witness, I could and would competently testify thereto.

2. On December 10, 2014, Plaintiffs filed the Complaint against corporate Defendant Noce, LLC, and individual Defendants Massimo Nocerino ("Nocerino") and Brittany Hastings ("Hastings").

3. On January 8, 2014, Nocerino, CEO of Noce LLC, waived service on behalf of Noce, LLC. *See* Dkt. # 10 (waiver of service of summons).

4. Noce LLC filed an Answer to the Complaint on March 31, 2015. *See* Dkt. # 18.

5. Since the beginning of this action, Noce, LLC, acting through its then-counsel, has refused to respond to any of Plaintiffs' discovery requests or cooperate with resolving any such discovery issues. To date, Orphic has received no discovery or initial disclosures from Noce, LLC. On September 11, 2015, Orphic served a Rule 30(b)(6) deposition notice of Noce, LLC, but Noce, LLC's then counsel, Richard Lloyd Sherman, indicated that he would be withdrawing and that Plaintiffs could "expect no further courtesies or cooperation from his office." Noce, LLC failed to produce a Rule 30(b)(6) designee. Noce, LLC also failed to participate in the parties' Rule 26(f) conference.

6. On September 14, 2015, Mr. Sherman filed a notice of withdrawal of counsel for Defendant Noce LLC with no offered substitution of counsel. *See* Dkt. # 31 (notice of withdrawal of counsel). Plaintiffs opposed this motion because a corporation cannot represent itself *pro se* and Orphic would be left with no one to contact regarding the outstanding discovery issues that must be resolved in order to proceed with this case. *See* Dkt. # 32 (Orphic LLC's Opposition to Sherman Law

Group's Motion to Withdraw as Counsel).

7. On October 21, 2015, the Court granted Sherman Law Group's Motion to Withdraw as Counsel for Noce, LLC. *See* Dkt. # 41(Order granting motion to withdraw). In its Order granting the Motion to Withdraw, the Court warned that Noce, LLC must obtain new counsel within fourteen days, or it would strike Noce, LLC's Answer. *See* Dkt. # 41.

8. On December 3, 2015, Noce, LLC's Answer was stricken by the Court for failure to comply with the Court's Order and failure to obtain substitute counsel. *See* Dkt. # 43. Defendant Noce, LLC has otherwise failed to file a responsive pleading or motion permitted by law, or any sort of motion for that matter.

9. On December 8, 2015, this Court entered default against Defendant Noce, LLC. *See* Dkt. # 46.

10. Defendant Noce LLC is a limited liability corporation and therefore is neither a minor nor an incompetent person, nor is it subject to the Servicemembers Civil Relief Act.

11. Notice of this application for default judgment is being served on Noce, LLC through its CEO, Massimo Nocerino, concurrently with this filing.

12. Attached as Exhibit 1 hereto is a true and correct copy of a Trademark Assignment and cover sheet recorded with the USPTO on December 4, 2015, for the "ORPHIC" word mark (Serial No. 86/311,182) and Orphic logo (Serial No. 86/397926), in which Defendants Nocerino and Hastings assigned the entirety of their purported interest in and to these marks to Noce, LLC.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 4, 2016 at Beverly Hills, California.

/s/ Carole E. Handler
Carole E. Handler

# CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2016, a copy of the foregoing **DECLARATION OF CAROLE HANDLER IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT NOCE, LLC** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    Max Nocerino (individually and as CEO of Noce, LLC)
    Brittney Hastings
    1120 1-2 South Clark Drive
    Los Angeles, CA 90035
    *Via Mail*

Dated: January 4, 2016                                                     /s/ Tereza Perez