Carole E. Handler (SBN 129381)
chandler@eisnerlaw.com
Kathleen Cerniglia Hipps (SBN 268019)
Brianna Dahlberg (SBN 280711)
bdahlberg@eisnerlaw.com
EISNER JAFFE
9601 Wilshire Boulevard, Suite 700
Beverly Hills, California 90210
Telephone: (310) 855-3200
Facsimile: (310) 855-3201

Attorneys for Plaintiff, ORPHIC LLC

Elizabeth A. Bell (State Bar No. 205868)
ebell@elbelaw.com
8335 Sunset Boulevard, Suite 221
Los Angeles, CA 90069
Telephone: (323) 306-4077
Fax: (323) 656-1396

Attorney for Plaintiff
CURRADO MALASPINA

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ORPHIC LLC, A California limited liability company; and CURRADO MALASPINA, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>MASSIMO NOCERNIO a/k/a MAX NOCE, an individual; BRITTNEY HASTINGS, an individual; NOCE, LLC, a California limited liability company; and DOES 1-25,<br><br>Defendants.<br><br>and related Cross-complaint. | Case No. CV 14-09471-DDP (PLAx)<br><br>The Honorable Dean D. Pregerson<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

**ORDER**

Pursuant to a stipulation entered by the parties and good cause appearing therefore, IT IS HEREBY ORDERED that the Complaint and Cross-Complaint in this action are dismissed, <u>with prejudice</u>, with each side to bear its own costs and attorney's fees. The Court shall retain jurisdiction over this action for purposes of enforcing the Settlement Agreement entered into between the parties.

IT IS SO ORDERED.

Dated: June 21, 2016

By: *[signature]*
Hon. Dean D. Pregerson
Judge of United States District Court
Central District of California